23326. NOLES v. LEE.

QUILLIAN, Justice. The instant case was docketed in this court on December 16, 1965. The enumeration of errors was not filed until January 4, 1966, 19 days after the appeal was filed. In such circumstances under the rule pronounced in *Stanford v. Evans, Reed & Williams*, 221 Ga. 331 (145 SE2d 504), *Yost v. Gunby*, 221 Ga. 552 (145 SE2d 575), and *Undercofler v. McLennan*, 221 Ga. 613 (146 SE2d 635), the enumera-

tion of errors was not timely and the appeal must be

*Dismissed. All the Justices concur.*

SUBMITTED FEBRUARY 14, 1966—DECIDED FEBRUARY 23, 1966.

*Wyatt & Wyatt, L. M. Wyatt,* for appellant.
*Wilson P. Darden,* for appellee.